IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 7:23cr10 |
| v. ) | |
| ) | **INFORMATION** |
| BENJAMIN C. DAVIS ) | |
| ) | In violation of: |
| ) | Title 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |

The United States Attorney charges:

1. Between on or about July 7, 2018, and on or about May 11, 2020, in the Western District of Virginia, the defendant, Benjamin C. Davis, a registrant authorized to dispense controlled substances, knowingly and intentionally distributed and dispensed the following Schedule II controlled substances, outside the usual course of professional practice and not for a legitimate medical purpose, to the patients listed below:

| Patient Initials | Drug prescribed | Total Quantity |
|---|---|---|
| M.A.H. | Oxycodone 5mg | 1090 |
| J.H | Oxycodone 5mg | 850 |

2. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

2/28/2023
Date

_per_ Christopher R. Kavanaugh
United States Attorney